

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 4, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2025
```

**BY ECF AND EMAIL**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>U.S. v. Gonzales-Valdez et al.</u>, S1 25 Cr. 76 (MKV)

Dear Judge Vyskocil:

      On May 7, 2025, defendant Guillermo Freites-Velazquez was presented before the Honorable Judge Stewart Aaron, United States Magistrate Judge for the Southern District of New York, and arraigned on the Superseding (S1) Indictment in this matter. Magistrate Judge Aaron excluded time under the Speedy Trial Act through and including June 6, 2025.

      Now, the Government respectfully moves for an exclusion of time under the Speedy Trial Act through and including July 15, 2025, the date of the next status conference in this matter. At the initial conference in this matter on April 30, 2025 (from which Freites-Velazquez was absent because he had not yet been transferred to the Southern District of New York from his place of arrest), the Court excluded time under the Speedy Trial Act through and including July 15, 2025.

      The exclusion of time requested herein is in the interest of justice because it will permit the parties to exchange and review discovery, file motions, and discuss a potential pretrial disposition. 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A). The ends of justice served by the granting of the exclusion of time requested outweigh the interests of the public and defendant in a speedy trial. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:    /s/  
Jun Xiang / Kathryn Wheelock / Timothy Ly
Assistant United States Attorneys
(212) 637-2289 / -2415 / -1062

**CC (ECF)**
All Counsel of Record

---

**Granted. SO ORDERED.**

Date: 6/4/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge